Martin S. Kovalsky, Esq. SBN 160436
Law Offices of Martin S. Kovalsky
24328 S. Vermont Avenue, Suite 242
Harbor City, California 90710
Telephone: (424) 378-1110
Facsimile: (424) 389-7064

Attorney for Creditor,
Marc Stevan Leonard dba
Cut It Up Enterprise, Inc.
dba Cut It Up Ent

**FILED & ENTERED**

**OCT 13 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

IN RE:

SHELLI D. CROSS

CASE NO. 2:19-bk-19520-NB

**ORDER DETERMINING OBJECTION TO PROOF OF CLAIM 6-2 GRANTING OBJECTION IN PART AND DENYING IN PART**

//

_____
ORDER DETERMINING OBJECTION
IN RE: SHELLI D. CROSS                    CASE NO. 2:19-bk-19520-NB

**FOR GOOD CAUSE SHOWN,**

As stated in the September 30, 2020 Memorandum Decision (dkt. 67), the objection of Debtor, Shelli D. Cross is granted in part and denied in part. Claimant, Marc Stevan Leonard dba Cut It Up Enterprises, Inc. is entitled to a secured claim of $19,104.08 principal and interest from August 14, 2017 at 10% per annum [$5.23~~399452~~ a day] through October 7, 2020 (1,150 days) is ~~$6,291.69~~ $6,019.09 as of October 7, 2020, a total of ~~$25,395.77~~ $25,123.17 plus $5.23~~399452~~ a day thereafter.

IT IS SO ORDERED.

### 

Date: October 13, 2020

Neil W. Bason
United States Bankruptcy Judge

~~DECLARATION OF JERRY HASSAN~~

IN RE: SHELLI CROSS        Case No. 2:19-B19520