| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Chekian, Esq., SBN 165026<br>Chekian Law Office<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Voice (310) 390-5529<br>Email mike@cheklaw.com<br>Facsimile (310) 451-0739<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Ms. Cross | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Shelli D. Cross<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-19520-NB<br><br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s) Michael Chekian, Esq., Attorney for Debtor Shelli D. Cross                                            ,
    filed a motion or application (Motion) entitled Application of Attorney for Debtor for Additional Fees and Related
    Expenses in a Pending Chapter 13 Case                                                                          .

2.  Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a
    party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3.  The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

    ☒  The full Motion is attached to this notice; or

    ☐  The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is
        attached to this notice.

4.  **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:**  Pursuant to
    LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve
    a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if
    you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

(1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2)  Movant will lodge an order that the court may use to grant the Motion; and

(3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date:  03/02/2022

/s/ Michael Chekian
Signature of Movant or attorney for Movant

Michael Chekian, Esq.
Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 2                    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):   Notice of Opportunity to Request a Hearing on Motion
and Application of Attorney for Debtor for Additional Fees and Related Expenses in a Pending Chapter 13 Case ~~Subject to
a Rights and Responsibilities Agreement (RARA)~~ [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)] will be served or was served
**(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____March 3, 2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and
determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email
addresses stated below:

Attorney for Debtor Michael Chekian: mike@cheklaw.com
Kinecta Federal Credit Union c/o Mark S Krause: bankruptcy@zbslaw.com
Kinecta Federal Credit Union c/o Erin M McCartney: bankruptcy@zbslaw.com
Arnold L Graff: agraff@wrightlegal.net
Valerie Smith: claims@recoverycorp.com
Chapter 13 Trustee Kathy A Dockery: EFiling@LATrustee.com
JPMorgan Chase Bank, N.A. c/o Josephine E Salmon: ecfcacb@aldridgepite.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____03/03/2022_____, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that
mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for
each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __03/03/2022_____, I
served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in
writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a
declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the
document is filed.

Shelli Cross (email address not included for privacy purposes)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/03/2022 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:19-bk-19520-NB
Central District of California
Los Angeles
Wed Mar  2 10:40:00 PST 2022

Kinecta Federal Credit Union
c/o ZBS Law, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

Kinecta Federal Credit Union
ZBS Law, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Comenity Bank/Wayfair
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125

Credit One Bank
ATTN: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193-8873

Internal Revenue Service (IRS)
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kinecta Fcu/dovenmuehl
1 Corporate Dr
Lake Zurich, IL 60047-8944

Kinecta Federal Credit Union
1 Corporate Drive, Suite 360
Lake Zurich,IL 60047-8945

Kinecta Federal Credit Union
Attn:  MS1731
1 Corporate Drive Suite 360
Lake Zurich, IL 60047-8945

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Marc Stevan Leonard
dba Cut It Up Ent
Care of: Martin S. Kovalsky, Esq.
24328 S. Vermont Avenue
Harbor City CA 90710-2314

Marc Stevan Leonard dba Cut It Up
Enterprise, Inc. dba Cut It Up Ent
c/o Martin S. Kovalsky
24328 S. Vermont Ave., #242
Harbor City, CA 90710-2319

Martin S. Kovalsky
Law Offices of Martin S. Kovalsky
24328 S. Vermont Avenue, #242
Harbor City, CA 90710-2319

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Sam's Club
Po Box 965004
Orlando, FL 32896-5004

Source Receivables Mgmt, Llc
Attn: Bankruptcy  Dept
4615 Dundas Dr Ste 102
Greensboro, NC 27407-1761

(p)SPRINT
C O AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Syncb/ccamtr
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Amazon
Attn:  Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

USDOE/GLELSI
Attn: Bankruptcy
PO Box 7860
Madison, WI 53707-7860

United States Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wayfair Card
P.O. Box 59617
San Antonio, TX 78265-9617

Zieve Broduax & Steele
30 Corporate Park Ste 450
Irvine, CA 92606-3401

Kathy A Dockery (TR)
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017-5569

Martin S Kovalsky
Law Offices of Martin S. Kovalsky
444 West. Ocean Blvd, Ste 800
Long Beach, Ca 90802-4529

Michael F Chekian
Chekian Law Office
445 South Figueroa St
31st Fl
Los Angeles, CA 90071-1635

SHELLI D CROSS
16953 ROA DRIVE
CARSON, CA 90746-1154

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Auto Finance<br>Attn: Bankruptcy<br>PO Box 901076<br>Fort Worth, TX 76101-2076 | (d)JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-5757<br>Phoenix AZ 85038-9505 | Portfolio Recovery Associates, LLC<br>c/o Amazon<br>POB 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Sams Club<br>POB 41067<br>Norfolk VA 23541 | Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)JPMorgan Chase Bank, N.A. | (u)Marc Stevan Leonard dba Cut It Up Enterpri |

End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34

| Attorney Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Chekian, Esq., SBN 165026<br>Chekian Law Office<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Voice (310) 390-5529<br>Email mike@cheklaw.com<br>Facsimile (310) 451-0739 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Shelli D. Cross<br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 2:19-bk-19520-NB<br><br>CHAPTER 13<br><br>**APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)**<br><br>[11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)] |
|---|---|

TO DEBTOR, CHAPTER 13 TRUSTEE, AND PARTIES IN INTEREST:

1. **Rights and Responsibilities Agreement.** The undersigned Attorney and Debtor are parties to a Rights and Responsibilities Agreement (RARA) filed as docket number  <u>Attorney</u> substituted in as Debtor's counsel after confirmation without executed RARA.

2. **RARA Fee Agreement**  Pursuant to the RARA, Debtor agreed to pay Attorney (i) a flat fee of $ <u>n/a</u> for those services identified in boldface type in the RARA (Basic Services) and (ii) an hourly fee of $ <u>n/a</u> per hour, or a reasonable flat fee, for services other than the Basic Services (Additional Services).

    *(If the RARA contains any other or different provisions regarding fees for Additional Services, Attorney must (i) check this box ☐ and (ii) attach an addendum providing the details.)*

3. **Request for Additional Fees**. Pursuant to 11 U.S.C. § 330(a)(4)(B) and LBR 3015-1(v)(2), Attorney requests allowance and payment of the following:

| | |
|---|---|
| Fees for Additional Services | $ 1,787.50 |
| Expenses related to Additional Services | $ 136.00 |
| Total | $ 1,923.50 |

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4.  **Case Status.** This Chapter 13 case has not been dismissed or converted.

5.  **Plan Status.**

    ☒  A Chapter 13 Plan was confirmed in this case by order entered as docket number  59____  _.

    ☐  A Chapter 13 Plan has not yet been confirmed in this case; a hearing is set for (*date*) _____ _.

6.  **Fee Award for Basic Services**.

    ☒  Attorney was awarded fees for Basic Services in the amount of $__0.00_____  in the order confirming the plan and/or a separate order of the court.

7.  **Prior Applications for Additional Fees**.

    ☐  Attorney has not previously applied for Additional Fees in this case.

    ☒  Attorney has previously applied for Additional Fees in this case.  A total of $ _1,404.50_____  has been awarded to Applicant for Additional Fees pursuant to prior requests.

    ☐  One or more applications for Additional Fees in this case are pending. See docket number(s).
    _____.
    A total of $_____ in Additional Fees has been requested pursuant to those pending applications.

8.  **Disclosure of Amounts Previously Paid To Attorney.** Pursuant to LBR 3015-1(v)(2), Attorney discloses the following amounts paid to date (including prepetition payments) by Debtor or the Chapter 13 Trustee to Attorney and the source of those payments:

| Date Received | Amount Received | Source of Payment |
|---|---|---|
| 02/19/2021 | $ 1,404.50 | Previous fee application for additional fees ordered as docket no. 86 |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** | $ 1,404.50 |  |

9.  **Amount and Basis for Compensation Requested.**

    A.  ☐  <u>Presumptively Reasonable Fees (No Look Fees).</u> Attorney requests an award of fees for Additional Services identified in the following table; these amounts are equal to or less than the maximum No Look Fee specified in Section 2.9(b) of the Court Manual for those services.

    (*If you are requesting fees for more than one instance of the same type of service, you must provide the pertinent details in the "Explanation" box or in an addendum.*)

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| $ | $750.00 | Unopposed motion to extend/impose automatic stay | |
| $ | $350.00 | Unopposed application for order shortening time | |
| $ | $1,250.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)) | |
| $ | $1,500.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)), with stipulation and order | |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2021                                   Page 2                              **F 3015-1.12.APP.CH13.FEES**

| $ | $750.00 | Unopposed motion to avoid lien (11 U.S.C. § 522(f)) | |
| $ | $950.00 | Unopposed motion to disallow claim | |
| $ | $350.00 | Opposition to Chapter 13 Trustee's motion to dismiss or convert case | |
| $ | $750.00 | Unopposed motion to modify plan | |
| $ | $750.00 | Unopposed motion to refinance/sell real property | |
| $ | $750.00 | Unopposed motion to incur debt | |
| $ | $300.00 | Application for order confirming that loan modification discussion does not violate the automatic stay | |
| $ | $2,000.00 | Complaint to avoid lien | |
| $ | $2,500.00 | Loan Modification Management Fees and Costs | |
| $ | | Total Requested | |

B.   ☒  <u>Hourly or Other Additional Fees.</u> Attorney requests an award of fees for Additional Services on an hourly or other basis.

    a.   Dates during which the Additional Services were provided: from (*dates*) 08/31/2021 to 03/02/2022 .

    b.   Summary of hourly fees requested for the Additional Services.

| Name | Attorney or Paralegal? | Hourly Rate | Hours Billed | Total Requested |
|---|---|---|---|---|
| Michael Chekian, Esq. | Attorney | $ 375.00 | 4.1 | $1,237.50 |
| Kathya Ortega | Paralegal | $ 125.00 | 4.4 | $550.00 |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| TOTAL | | | | $ 1,787.50 |

    c.   Description of the nature, necessity, and results of the Additional Services for which hourly fees are requested in this Section 10.B: (Check here ☒ if an addendum containing additional information is attached.)

       See Declaration of Michael Chekian, Esq. and Exhibit A

    d.   A billing statement is attached as <u>Exhibit A</u>, identifying each service performed, the service provider, the date rendered, the time spent, and the amount billed (*required*).

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2021*                    Page 3                    **F 3015-1.12.APP.CH13.FEES**

e.   If fees for the Additional Services are requested other than on an hourly basis, the amount requested and the basis for that request are as follows:

10. **Expenses.** Attorney requests an award of expenses incurred in connection with the Additional Services in the amounts summarized in the following table.

| Expense Category | Amount Requested |
|---|---|
| Advanced costs for postage and copies to serve motion for authority to sell | $82.00 |
| Estimated fees and costs for postage and copies to serve the fee application on all creditors | $54.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL** | $136.00 |

Additional Explanation: (Check here ☒ if an addendum containing additional information is attached.)

See Declaration of Michael Chekian, Esq. and Exhibit A

*(Note: If you are requesting the allowance of expenses related to No Look Fee services, you must explain above why the requested expenses are extraordinary.)*

11. **Request for Payment.**

☒   Attorney requests that all fees and expenses allowed hereunder be awarded and paid by the Chapter 13 Trustee through the plan that has been or may be confirmed in this case.

☐   Attorney requests that the fees and expenses allowed hereunder be awarded and paid in the following manner (*specifically describe the proposed source(s) of payment and the proposed timing of that payment):*

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**12. Consent and Declaration of Debtor**.

---

**CONSENT AND DECLARATION OF DEBTOR(S)**

The undersigned Debtor declares that s/he has reviewed the foregoing Application and consents to approval of payment of the fees and expenses requested by Attorney.

Executed this ___ day of _March_____, 20_22_ at (city) _Los Angeles_____, (state) _CA_

Signature of Debtor 1: _____

Printed name of Debtor 1: _Shelli D. Cross_____

Signature of Debtor 2: _____

Printed name of Debtor 2: _____

---

**13. Certifications of Counsel.**

    **a.** **No Prior Request.** I certify that Attorney has not previously requested fees or expenses for any of the Additional Services that are the subject of this Application. If I cannot make this certification, I have checked this box ☐ and attached an addendum that discloses the details of that prior request.

    **b.** **No Debtor Consent and Declaration.** If Debtor has not executed the Consent and Declaration in Paragraph 12, the reason Debtor has not done so is as follows:

    Debtor was emailed this fee application on 3/2/2022 and also on 3/3/2022 with an explanation of it and a request to sign, date and return or to contact Michael Chekian, Esq. with any questions or issues. There is no response to date but it is expected Debtor will sign the fee application and if so, a supplemental fee application will be filed at that time.

    **c.** **True and Correct**. I certify that the information contained in and attached to this Application is true and correct.

Date: _03/03/2022_____

Respectfully submitted,

_/s/ Michael Chekian_____.
Signature of Attorney for Debtor

_Michael Chekian, Esq._____.
Printed name of Attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2021*                                   Page 5                                   **F 3015-1.12.APP.CH13.FEES**

1          **DECLARATION OF MICHAEL CHEKIAN IN**

2        **SUPPORT OF APPLICATION FOR INTERIM FEES**

3

4        I, Michael Chekian, am an attorney duly licensed to practice law

5   in the Central District of California.  I do hereby declare under the

6   penalty of perjury that the following is true and correct to the best

7   of my personal knowledge and belief, and if called upon as a witness,

8   I could and would personally testify under oath in a court of law to

9   the truthfulness of each of the below facts.

10

11        1. I am the attorney for the debtor Shelli D. Cross ("Debtor") in

12   this Chapter 13 bankruptcy case. I was retained by the Debtor to

13   perform the following reasonable and necessary services in the instant

14   bankruptcy proceeding: a. reviewed and communicated with client

15   regarding amended Chase claim (no charge for this); b. reviewed

16   client's email regarding amended IRS 2018 claim calculation (no charge

17   for this); c. reviewed client's email regarding escrow activity on the

18   Leonard Cut It Up lis pendens; d. researched bankruptcy file and

19   Trustee's plan payment records regarding Leonard claim objection and

20   payments on the same; e. communicated with client regarding escrow

21   activity on Leonard claim; f. communicated with client regarding her

22   sale transaction and explained pros and cons of keeping bankruptcy

23   open to sell vs. dismissing the case; g. prepared, drafted finalized

24   and filed motion to approve sale of real estate; and h. prepared this

25   fee application.

26        2. The aforementioned tasks should be successful.  Debtor is

27   attempting to sell her home, pay all liens of record and there will be

28   approximately $384,000 net after paying the liens.  All allowed claims

Declaration - 1

1  should be paid in full.  A potential issue is paying off the Leonard/

2  Cut It Up lien and making sure the lis pendens is removed to ensure

3  clean title to the buyer.  Prior to my representation of Debtor, the

4  prior attorney got an order on claim objection partially reducing the

5  Leonard/Cut It Up lien.

6      3. To date, I have been awarded the following attorney fees in

7  this case: $1,362.50 for extraordinary services in the Chapter 13 case

8  and $42 for costs, per a previously filed, served and court approved

9  fee application.

10      4.   I substituted in as Debtor's new lawyer on November 2, 2020

11  after her plan was confirmed. Debtor paid $0 up front. There was no

12  Rights and Responsibilities Agreement executed in this case with my

13  firm and Debtor.  However, my firm's fee agreement with Debtor

14  includes her agreement to pay for extraordinary services required in

15  this Chapter 13 case such as this motion involving analyzing the

16  Leonard/Cut It Up lien and claim, the motion to sell and this fee

17  application.  The court approval and funding pursuant to the motion to

18  sell will allow Debtor to pay all allowed claims according to the

19  terms of her confirmed plan and allow a faster track to consummate her

20  plan and obtain her Chapter 13 discharge.

21      5. To date, I performed the services in this case as detailed in

22  the attached billing statement, a true and correct copy of which is

23  attached hereto as Exhibit A.  The Exhibit A billing statement is my

24  law firm's business record, a product of my daily drafting of time

25  records where I record the amount of time and a description of each

26  billable task my law firm performs.  Either myself or my staff

27  transcribes the timesheet information onto QuickBooks software which

28

Declaration - 2

1  generates the attached Exhibit A invoice.  This invoice accurately

2  reflects the time, services provided and costs incurred in this case.

3      6.    In this case, Debtor and my firm agreed to an attorney

4  billing rate of $375 per hour, paralegal time at $125 per hour, plus

5  costs.  My currently hourly rate is $375.  The $375 rate is within the

6  range of attorneys with similar experience and expertise in the

7  Southern California area.  I have been practicing primarily consumer

8  debtor bankruptcy law for over 26 years, am a certified specialist in

9  bankruptcy law through the Board of Legal Specialization at the

10 California State Bar, I am a California licensed real estate broker.

11 I have filed hundreds of successful Chapter 13 and Chapter 7

12 bankruptcies on behalf of my debtor clients throughout my career.  Our

13 current hourly rates are $425 per hour for myself and $145 per hour

14 for paralegals and legal assistants.

15     7.    The total fees incurred for the above referenced matter are

16 $1,787.50, total costs are $136.00 and total due is $1,923.50.

17

18     I do hereby declare under the penalty of perjury and pursuant to

19 the laws of the United States of America that the foregoing is true

20 and correct and that this declaration is executed this 2nd day of

21 March, 2022, at Los Angeles, California.

22

                                   _/s/ Michael Chekian_____
23                                  Michael Chekian

24

25

26

27

28

Declaration - 3

**Chekian Law Office**
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
(310) 390 5529
mike@cheklaw.com

# Invoice

| BILL TO |
|---|
| Cross, Shelli |

| INVOICE # | DATE | TOTAL DUE | | | ENCLOSED |
|---|---|---|---|---|---|
| | 03/02/2022 | $1,923.50 | | | |

| DATE | ACTIVITY | DESCRIPTION | TIME/QTY | AMT/RATE | TOTAL |
|---|---|---|---|---|---|
| 08/31/2021 | Legal Services | Telephone call with client review case file and Trustee's records, and send email to client regarding amended Chase claim on surrendered Malibu car and whether to object to claim (Michael Chekian) no charge per Mike Chekian | 0 | 0.00 | 0.00 |
| 09/27/2021 | Legal Services | Review client's email asking about amended claim calculation as to IRS 2018 claim (Michael Chekian) no charge per Mike Chekian | 0 | 0.00 | 0.00 |
| 09/27/2021 | Legal Services | Review client's email regarding amended Chase claim, confirmation order sale of car and fees; send responsive email (Michael Chekian) no charge per Mike Chekian | 0 | 0.00 | 0.00 |
| 02/17/2022 | Legal Services | Review client's email regarding escrow activity on the Leonard Cut It Up lis pendens and instruct staff to download and save to file the claims documents and Trustee's payments on this claim (Michael Chekian, Esq.) | 0.10 | 375.00 | 37.50 |
| 02/17/2022 | Legal Services | Research bankruptcy file and Trustee's plan payment records regarding Leonard claim objection and payments on same; save to file (Kathya Ortega) | 0.50 | 125.00 | 62.50 |
| 02/17/2022 | Legal Services | Review bankruptcy documents and send email to client asking client for status regarding escrow activity related to Leonard claim (Michael Chekian, Esq.) | 0.10 | 375.00 | 37.50 |
| 02/23/2022 | Legal Services | Review email from escrow, client's claim status and send detailed email to client regarding pros and cons of staying in Chapter 13 to close escrow, | 0.50 | 375.00 | 187.50 |

Chekian Law Tax I.D:  81-0610901                    **1**                    **EXHIBIT A**

| DATE | ACTIVITY | DESCRIPTION | TIME/QTY | AMT/RATE | TOTAL |
|---|---|---|---|---|---|
| | | especially regarding Leonard/Kovalsky lien and requirements to stay in Chapter 13 case (Michael Chekian, Esq.) | | | |
| 02/24/2022 | Legal Services | Telephone call from client with questions about my email on her sale transaction and I further explain pros and cons of keeping bankruptcy open to sell vs. dismissing the case (Michael Chekian, Esq.) | 0.20 | 375.00 | 75.00 |
| 02/28/2022 | Legal Services | Review client documents and type up first and second drafts of motion to sell real estate (Kathya Ortega) | 2.20 | 125.00 | 275.00 |
| 02/28/2022 | Legal Services | Review file and prepare edits for first draft of motion to sell (Michael Chekian, Esq.) | 1.40 | 375.00 | 525.00 |
| 03/01/2022 | Legal Services | Make final edits, finalize and file motion to approve sale of real estate (Kathya Ortega) | 0.60 | 125.00 | 75.00 |
| 03/01/2022 | Legal Services | Edit motion to sell and instruct staff to finalize and file motion (Michael Chekian) | 0.40 | 375.00 | 150.00 |
| 03/01/2022 | Advanced Cost | Advanced costs for postage and copies to serve motion for authority to sell | 1 | 82.00 | 82.00 |
| 03/01/2022 | Legal Services | Review status of the Leonard Los Angeles Superior Court case, send email to client regarding same and talk to her in phone call and advise her about the pros and cons of the Los Angeles Superior Court case and the claim of Leonard (Michael Chekian, Esq.) | 0.20 | 375.00 | 75.00 |
| 03/02/2022 | Legal Services | Prepare first draft of fee application and to revise it per edits (Kathya Ortega) | 1.10 | 125.00 | 137.50 |
| 03/02/2022 | Legal Services | Review and revise the fee application (Michael Chekian, Esq.) | 0.40 | 375.00 | 150.00 |
| 03/02/2022 | Advanced Cost | Estimated fees and costs for postage and copies to serve the fee application on all creditors | 1 | 54.00 | 54.00 |

BALANCE DUE                    $1,923.50